**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Mark Allen Steinbach, ) | |
| ) | **ORDER** |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| Patrick Branson, Deputy Warden, ) | |
| North Dakota State Penitentiary, ) | Case No.   1:05-cv-101 |
| ) | |
| Defendant. ) | |

_____

In lieu of conducting an initial pretrial scheduling/discovery conference in this case pursuant to Rule 16(b) Fed.R.Civ.P.,

**IT IS HEREBY ORDERED** that each of the parties shall submit a proposed scheduling/discovery plan submit to the court by February 17, 2006.  The proposed plans should address the items listed in the attached sample.  <u>The date for the dispositive motion deadline shall not be later than February 16, 2007, unless good cause is shown for a later date</u>.  **The plans shall <u>not</u> be filed with the court, but shall be submitted to the Magistrate Judge at P.O. Box 670, Bismarck, ND  58502-0670, for review.**  Upon receipt and review of the proposed plan, the court will formulate a pretrial case management plan and this matter will be scheduled for trial.

Dated this 13th day of January, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge